# Exhibit A

Registration #: TX0009084905
Service Request #: 1-11204113903

## Mail Certificate

Hankin Patent Law, APC
Marc E. Hankin
12400 Wilshire Boulevard
Suite 1265
Los Angeles, CA 90025 United States

Priority: Special Handling       Application Date: February 24, 2022

## Correspondent

Organization Name: Hankin Patent Law, APC
Name: Marc E. Hankin
Email: courtfiling@hankinpatentlaw.com
Telephone: (310)979-3600
Fax: (310)979-3603
Address: 12400 Wilshire Boulevard
Suite 1265
Los Angeles, CA 90025 United States

**Registration Number**

**TX 9-084-905**

**Effective Date of Registration:**
February 24, 2022
**Registration Decision Date:**
February 25, 2022

## Title

**Title of Work:** BERKOVITZ BUSINESS 215 SECTION 05 SPRING 2021 SECOND MIDTERM

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 21, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** David A. Berkovitz
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1951

## Copyright Claimant

**Copyright Claimant:** David A. Berkovitz
20251 Hawthorne Blvd., Ste. 500, Torrance, CA, 90503, United States

## Certification

**Name:** Marc E. Hankin
**Date:** February 24, 2022
**Applicant's Tracking Number:** Berkovitz-00004

**Correspondence:** Yes

Page 1 of 1

Ex.A, Pg. 10