# Exhibit B

Registration #: TX0009084343
Service Request #: 1-11204019861

## Mail Certificate

Hankin Patent Law, APC
Marc E. Hankin
12400 Wilshire Boulevard
Suite 1265
Los Angeles, CA 90025 United States

**Priority:** Special Handling    **Application Date:** February 24, 2022

## Correspondent

**Organization Name:** Hankin Patent Law, APC
**Name:** Marc E. Hankin
**Email:** courtfiling@hankinpatentlaw.com
**Telephone:** (310)979-3600
**Fax:** (310)979-3603
**Address:** 12400 Wilshire Boulevard
Suite 1265
Los Angeles, CA 90025 United States

**Registration Number**
**TX 9-084-343**
**Effective Date of Registration:**
February 24, 2022
**Registration Decision Date:**
February 25, 2022

## Title

        **Title of Work:** BERKOVITZ BUSINESS 215 SECTION 05 SPRING 2021 FINAL EXAM

## Completion/Publication

        **Year of Completion:** 2021
        **Date of 1st Publication:** May 21, 2021
        **Nation of 1st Publication:** United States

## Author

-         **Author:** David A. Berkovitz
        **Author Created:** text
        **Work made for hire:** No
        **Citizen of:** United States
        **Year Born:** 1951

## Copyright Claimant

        **Copyright Claimant:** David A. Berkovitz
        20251 Hawthorne Blvd., Ste. 500, Torrance, CA, 90503, United States

## Certification

        **Name:** Marc E. Hankin
        **Date:** February 24, 2022
        **Applicant's Tracking Number:** Berkovitz-00003