MARC E. HANKIN (SBN: 170505)
E-Mail:  Marc@HankinPatentLaw.com
ANOOJ PATEL (SBN: 300297)
E-Mail:   Anooj@HankinPatentLaw.com
**HANKIN PATENT LAW, APC**
12400 Wilshire Boulevard, Suite 1265
Los Angeles, CA  90025
Telephone:  (310) 979-3600
Facsimile:   (310) 979-3603

Attorneys for Plaintiff,
**DAVID A. BERKOVITZ**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. BERKOVITZ<br><br>    Plaintiff,<br><br>v.<br><br>DOES 1-5<br><br>    Defendants. | Case No. 2:22-CV-01628-PA-SKx<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. RULE 41(A)(1)(A)(I)** |

**PLEASE TAKE NOTICE THAT**, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), Plaintiff David A. Berkovitz ("Berkovitz"), by and through his undersigned Counsel of Record in this Action, respectfully requests that the Complaint be Dismissed Without Prejudice, in its entirety forthwith, with each Party to bear its own fees and costs.  No other Party has responded to the Complaint.

Respectfully submitted,

**HANKIN PATENT LAW, APC**

Dated:  April 11, 2022    By: /Marc E. Hankin/

Marc E. Hankin, Esq.
Attorneys for Plaintiff,
**DAVID A. BERKOVITZ**